

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-10-085-CV

IN RE RICHMONT HOLDINGS, INC.,          RELATORS
NUKOTE HOLDING, INC., NUKOTE
INTERNATIONAL, INC., INKBRARY,
L.L.C., SUPERIOR ACQUISITIONS
L.L.C., JOHN P. ROCHON, SR., JOHN
P. ROCHON, JR., KELLY KITTRELL,
RUSSELL MACK, C & R SERVICES, INC.,
AND KENNETH R. SCHLAG

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the

opinion that the petition should be dismissed as moot.

Accordingly, relators' petition for writ of mandamus is dismissed as moot.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

This court's March 19, 2010 stay of Respondent's January 6, 2010 "Order On Plaintiff's Motion For Discovery Sanctions And Motion To Compel" in cause number 2008-30173-211 pending in the 211th District Court of Denton County, Texas, is hereby lifted. This order does not affect the stay order issued on May 21, 2010 and currently pending in cause number 02-10-00161-CV.

The court has also considered real parties in interest's motion for sanctions. The motion is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and MCCOY, JJ.

DELIVERED: May 25, 2010